**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: November 02, 2009**

_____

200933258
(JJR)

```
            UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF OHIO
                    AT CINCINNATI
```

| | |
|---|---|
| IN RE: | Case No. 09-13469 |
| Paul B. Long | Chapter 13 |
| Ebony M. Long | Judge Perlman |
|         Debtors | **AGREED ORDER ON MOTION FOR RELIEF FROM STAY OF .S. BANK, N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER, FILED HEREIN ON SEPTEMBER 10, 2009 (DOC. #44) (PROPERTY ADDRESS: 2551 HOMESTEAD PLACE CINCINNATI, OH 45211)** |

This matter having come on before the Court upon the Motion For Relief From Stay filed herein on September 10, 2009 as Pacer Document #44 by the secured creditor, U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer (hereinafter "Movant") and upon debtors response thereto filed herein on September 14, 2009 as Pacer Document #48; and a hearing having been scheduled for October 7,

2009; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1. The Chapter 13 Plan filed herein on behalf of the debtors provided that said debtors were to make their regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2. In breach of the terms of said Plan, the debtors failed to make certain of the regular monthly mortgage payments to Movant; said payments currently in default for the months of July, 2009, and subsequent months, incurring a total post-petition arrearage of $5,294.81 as of October, 2009, which amount consists of 3 post-petition payments (7/1/09 through 9/1/09) at $1,117.23 each, and also consists of 1 payment (10/1/09) at $1,139.24, together with 3 late charges (7/1/09 through 9/1/09) at $32.96 each, post-petition property inspection fees in the amount of $55.00, together with $650.00 for attorney fees and court costs incurred herein.

3. In order to partially eliminate said post-petition delinquency, Movant shall be and hereby is permitted to file a Supplemental Proof of Claim in the amount of $3,294.81, which shall be paid inside the Plan as a fully secured claim.

4. The Debtor has filed a Modification of the Plan on October 17, 2009 as Pacer Document #50 in order to keep the Plan in compliance with 11 U.S.C. Section 1322(d).

5. Movant has filed a Supplemental Proof of Claim in the amount of $3,294.81 on October 21, 2009 as Claims Register #9.

6. In order to eliminate the remaining said post-petition delinquency, the

debtors agree to pay to Movant and Movant hereby agrees to accept the following lump sum payment, as follows:

      a.    $2,000.00 due on or before entry of this Agreed Order; receipt of which is acknowledged by Movant as Iolta account check no. 535 dated October 7, 2009.

Said payment is in addition to the regular monthly mortgage payments due and owing for said months. All payments shall be tendered to:

**U.S. Bank Home Mortgage**
**4801 Frederica Street**
**Owensboro, KY 42301**

This payment address is subject to change.

7. The debtors further agree to resume their regular monthly mortgage payments outside the Plan directly to Movant in November, 2009, and to make all further monthly payments in a timely fashion.

8. In the event that the said debtors should fail to make the lump sum payment hereinabove described on or before their specified due dates, or should fail to pay any future monthly payment within 15 days of its due date, then, or in any one of those events, Movant shall send a letter or e-mail to debtors, debtors counsel advising of said default. If the default is not cured within ten (10) days, Movant shall file with the Court an Affidavit certifying that the debtors are in default under the terms of the Agreed Order and tender a proposed Order Granting Final Modification of the Automatic Stay. Upon submission of such Affidavit and Order Granting Final Modification of the Automatic Stay, the Court shall enter the Order, without a hearing, providing Movant, its successors and/or assigns is granted relief from the automatic stay imposed by Section 362 of the Bankruptcy Code with regard to the interest in real property held by Movant, its successors and assigns. The only ground for objection to such an Order shall be that payments

were timely made.

    IT IS SO ORDERED.


/s/ Mia L. Conner
Mia L. Conner, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Ohio Supreme Court No. 0078162
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3445
(513) 354-6464 Fax

/s/ Daniel P. Might, Attorney for Debtors, VIA FAX AUTHORIZATION
Ohio Supreme Court No. 0067409
Paul and Ebony Long, Debtors
3907 North Bend Rd
Cincinnati, OH 45211
DanMight7@AOL.com
513-389-3700

/s/ Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377
Francis J. DiCesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798
Karolina F. Perr, Esq.
Staff Attorney
Attorney Reg No. OH 0066193
600 Vine Street, Suite 2200
Cincinnati, Ohio 45202
513-621-4488
513 621-2643 Fax

COPIES TO:

Paul B. Long
2551 Homestead Place
Cincinnati, OH 45211

Ebony M. Long
2551 Homestead Place
Cincinnati, OH 45211

Daniel P Might, Esq.
3907 North Bend Rd
Cincinnati, OH 45211

Margaret A. Burks, Trustee
600 Vine Street, Suite 2200
Cincinnati, Ohio 45202

Office of the U.S. Trustee
36 East Seventh Street, Suite 2030
Cincinnati, OH  45202

Mia L. Conner, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480

                                        ###